IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-03066-RBJ

DARLENE FAY WALLACE, Surviving Spouse of Brian John Wallace;
JENNIFER NICHOLE MAZE and TAMMARA LYNN WALLACE,
surviving Daughters of Brian John Wallace,

    Plaintiffs,

v.

TRIPLE K ROUSTABOUTS, INC.,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE DEFENDANT TRIPLE K ROUSTABOUTS, INC.

---

The Court, having reviewed Plaintiffs' and Defendant Triple K Roustabouts, Inc.'s Stipulated Motion to Dismiss with Prejudice, and being fully advised in the premises,

Does hereby Order that the Motion is GRANTED. All claims between the Plaintiffs, Darlene Fay Wallace, Jennifer Nichole Maze and Tammara Lynn Wallace, and Defendant, Triple K Roustabouts, Inc. are hereby dismissed with prejudice, each party to be responsible for their own costs and attorneys' fees.

DATED this 11th day of August, 2014.

BY THE COURT:

*/s/ Brooke Jackson*

_____

2

                                                R. Brooke Jackson
                                                United States District Judge